UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

JOHN SIMEON                                                                                    PETITIONER

v.                                                                        CIVIL ACTION NO. 3:10CV-541-S

CLARK TAYLOR, WARDEN                                                             RESPONDENT

### JUDGMENT

The court having accepted and adopted the Report and Recommendation of the United States Magistrate Judge by separate memorandum opinion and order, and having overruled the objections of the petitioner, **IT IS HEREBY ORDERED** that **JUDGMENT** is entered in this action as follows:

   (1) The petition of John Simeon for a writ of habeas corpus is **DENIED AND DISMISSED WITH PREJUDICE**;

   (2) A certificate of Appealability is **DENIED** as to each claim asserted in the petition; and

   (3) There being no just reason for delay in its entry, this shall constitute the final judgment of the court.

**IT IS SO ORDERED.**

December 4, 2013

**Charles R. Simpson III, Senior Judge**
**United States District Court**

cc:
Counsel of Record
Petitioner, *pro se*